Matter of Rawleigh v Zambito (2023 NY Slip Op 00526)

Matter of Rawleigh v Zambito

2023 NY Slip Op 00526

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, LINDLEY, MONTOUR, AND OGDEN, JJ.

58 CAF 21-01784

[*1]IN THE MATTER OF RICHARD RAWLEIGH, PETITIONER-APPELLANT,
v
PEARL R. ZAMBITO, RESPONDENT-RESPONDENT. 

LAW OFFICE OF VERONICA REED, SCHENECTADY (VERONICA REED OF COUNSEL), FOR PETITIONER-APPELLANT.

 Appeal from an order of the Family Court, Livingston County (Kevin Van Allen, J.), entered November 12, 2021 in a proceeding pursuant to Family Court Act article 8. The order dismissed the petition. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: February 3, 2023
Ann Dillon Flynn
Clerk of the Court